1 James Langley, Plaintiff-Appellee, v. Heidi Van Eaton and Team Industrial Services, Inc., Defendants-Appellants. No. 19CA2124
Court of Appeals of Colorado, Seventh Division
January 20, 2022
 
 NOT
 PUBLISHED PURSUANT TO C.A.R. 35(e)
 
 
 City
 and County of Denver District Court No. 17CV34847 Honorable
 Martin F. Egelhoff, Judge
 
 
 
 OPINION
 
 
 GROVE,
 JUDGE
 
 
 JUDGMENT
 AFFIRMED, ORDER VACATED, AND CASE REMANDED WITH DIRECTIONS
 
 
 
 Navarro and Pawar, JJ., concur.